IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO-JIMENEZ,<br><br>   Petitioner,<br><br>   v.<br><br>JEH C. JOHNSON, *et. al.*,<br><br>   Respondents.<br>_____ / | No. C 16-05431 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

The Court is in receipt of the petitioner's motion for a temporary restraining order.  The Court is of the opinion that the views of the respondents are needed in light of the nature of the charges pending against petitioner in state court.  The Court will therefore not issue a temporary restraining order now but will consider issuing one after briefing and a hearing on the following schedule.  Petitioner is ordered to serve on all of respondents, **BY NOON ON SEPTEMBER 30, 2016**, the petition in this case, the motion for a TRO, and a copy of this order.  Respondents shall respond to petitioner's motion for a TRO **BY OCTOBER 7, 2016**.  Petitioner may file a reply brief **BY OCTOBER 11, 2016**.  A hearing on the motion for a TRO is hereby set for **OCTOBER 17, 2016 AT 8:00 A.M**.

   **IT IS SO ORDERED.**

Dated: September 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE