**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   DOMINGO-JIMENEZ,                         No. C 16-05431 WHA
11            Petitioner,
12      v.                                    **REQUEST FOR RESPONSE**
13   JEH C. JOHNSON, *et. al.*,
14            Respondents.
15   _____/
16        By **NOVEMBER 1, AT NOON**, the parties shall please submit a joint status report
17   explaining the results of the October 24 bond redetermination hearing.
18
19        **IT IS SO ORDERED.**
20
21   Dated:  October 31, 2016.
22                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28