**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMEO DOMINGO-JIMENEZ, | No. C 16-05431 WHA |
| Petitioner, | |
| v. | **ORDER DENYING PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND SETTING SCHEDULE ON MOTION TO DISMISS** |
| LORETTA M. LYNCH, *et al.,* | |
| Respondents. | |

As stated at the hearing, petitioner's motion for a temporary restraining order is **DENIED AS MOOT**. The government shall file its motion to dismiss by **NOVEMBER 21**. Petitioner shall file an opposition by **DECEMBER 7**. The government shall reply by **DECEMBER 21**. A hearing will be held on **JANUARY 12, 2017**.

**IT IS SO ORDERED.**

Dated: November 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE